UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV20-00716 JAK (MRWx) | Date | April 13, 2021 |
|---|---|---|---|
| Title | John James Kastendiek et al v. William Barr, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE (Dkt. 19)   JS-6

An Order to Show Cause re Dismissal for Lack of Prosecution was issued by the Court on **July 30, 2020** ordering Plaintiff either to: (i) respond in writing no later than **August 6, 2020** as to why the matter should not be dismissed for lack of prosecution. There has been no response filed to the Order to Show Cause, nor has a corrected proof of service been filed indicating that the summons and complaint have been served on Defendants or their respective counsel. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | TJ | |